| | | | | |
|---|---|---|---|---|
| Jones v. Tanks Plus | 108,029 | Denied | 01/29/14 | Unpublished |
| Kaelter v. Sokol | 107,401 | Granted | 12/27/13 | Unpublished |
| Kansas Bldg. Industry Work. Comp. Fund v. State | 108,607 | Granted | 12/27/13 | 49 Kan. App. 2d 354 |
| Kingyon v. Roberts | 108,698 | Denied | 11/22/13 | Unpublished |
| Koch v. Packard | 107,585 | Denied | 10/17/13 | 48 Kan. App. 2d 281 |
| LaPointe v. State | 106,492 | Denied | 10/01/13 | Unpublished |
| Lassley v. Conover | 108,933 | Denied | 10/30/13 | Unpublished |
| Lawson v. Ryder Truck Rental, Inc. | 108,224 | Denied | 11/04/13 | Unpublished |
| Lingenfelter v. State | 108,459 | Denied | 02/12/14 | Unpublished |
| Lowe v. State | 107,920 | Denied | 10/29/13 | Unpublished |
| Manis v. McKune | 109,832 | | | |
| | 109,833 | Denied | 02/12/14 | Unpublished |
| Markovich v. Green | 106,937 | Denied | 10/01/13 | 48 Kan. App. 2d 567 |
| Martinez v. State | 107,930 | Denied | 10/29/13 | Unpublished |
| Mathis v. State | 107,525 | Denied | 10/01/13 | Unpublished |
| McColpin v. State | 108,512 | Denied | 02/12/14 | Unpublished |
| McGlothen v. State | 107,536 | Denied | 10/01/13 | Unpublished |
| McNelly v. State | 107,386 | Denied | 11/22/13 | Unpublished |
| Meara v. Douglas County | 107,471 | Denied | 10/17/13 | Unpublished |
| Morales v. Wal-Mart | 107,526 | Denied | 10/17/13 | Unpublished |
| Oliver v. State | 106,532 | Denied | 10/29/13 | Unpublished |
| Olson v. Kansas Dept. of Revenue | 107,153 | Denied | 10/01/13 | Unpublished |
| Peterson v. Ferrell | 107,359 | Granted | 12/27/13 | Unpublished |
| Phillips v. Phillips | 105,349 | | | |
| | 105,748 | Denied | 12/27/13 | Unpublished |
| Requena v. Cline | 108,395 | Denied | 10/07/13 | Unpublished |
| Requena v. Cline | 108,451 | Denied | 10/07/13 | Unpublished |
| Runte v. Shelter Insurance Companies | 106,101 | Denied | 10/01/13 | Unpublished |
| Schneider v. Liberty Asset Management | 104,361 | Denied | 10/01/13 | 45 Kan. App. 2d 978 |
| Semotuk v. Kansas Dept. of Corrections | 109,436 | Denied | 12/27/13 | Unpublished |
| Serda v. Monroe | 106,732 | Denied | 10/07/13 | Unpublished |
| Shelton v. Jay Hatfield Mobility | 106,394 | Denied | 12/27/13 | Unpublished |
| Shumway v. State | 107,248 | Denied | 10/01/13 | 48 Kan. App. 2d 490 |
| Siruta v. Siruta | 105,698 | Granted | 10/17/13 | Unpublished |
| Solomon v. State | 108,448 | Denied | 11/04/13 | Unpublished |
| Spotts v. State | 107,909 | Denied | 10/30/13 | Unpublished |
| State ex rel. Schmidt v. Memorial Park Cemetery, Inc. | 108,063 | Denied | 12/27/13 | Unpublished |